**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Janice Edwina DEMMITT,
Defendant–Appellant.**

**No. 13–10491
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Janice Edwina Demmitt again challenges the admission of the factual resume of Timothy Fry. She correctly concedes that this argument is foreclosed under the law of the case doctrine and asserts that she raises the issue only to preserve it for further review. *See United States v. Agofsky,* 516 F.3d 280, 283 (5th Cir.2008).

Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.